796 A.2d 222

IN THE MATTER OF BEN W. PAYTON, AN ATTORNEY AT LAW.

April 30, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–059, concluding that **BEN W. PAYTON** of **COLONIA,** who was admitted to the bar of this State in 1992, should be suspended from the practice of law for a period of three months for violating *RPC* 1.4(a) (failure to communicate with client) and *RPC* 1.5(b) (failure to provide written fee agreement);

And **BEN W. PAYTON** having been suspended from the practice of law for a period of three months effective July 16, 2001, by Order of this Court filed June 22, 2001, and remaining suspended at this time;

And the Disciplinary Review Board having concluded that the term of suspension to be imposed in DRB 01–059 should be concurrent with the suspension that commenced on July 16, 2001;

And good cause appearing;

It is ORDERED that **BEN W. PAYTON** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 16, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.